# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>Kene Brian Lazo<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00449<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 5/26/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Kene Brian Lazo_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in a Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds or in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 05/26/2021                                             2021.05.26 21:00:13 -04'00'
                                                             _____
                                                             *Issuing officer's signature*

City and state:     Washington, D.C.                         Zia M. Faruqui, U.S. Magistrate Judge
                                                             *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/27/21, and the person was arrested on *(date)* 5/28/21
at *(city and state)* Norfolk, VA.

Date: 5/28/21
                                                             _____
                                                             *Arresting officer's signature*

                                                             Daniel B. Smith / SA
                                                             *Printed name and title*