UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| | ) Case No. 21-CR-425 (CRC) |
| v. | ) |
| | ) |
| | ) |
| **KENE BRIAN LAZO,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 2nd day of August 2021, I caused a copy of the foregoing Notice to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
Ubong E. Akpan
Assistant Federal Public Defender