# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | CR. NO. 21-CR-425 (CRC) |
| **KENE LAZO** ) | |
| ) | |

## MOTION TO CONTINUE STATUS CONFERENCE

Kene Lazo, through undersigned counsel, respectfully moves this Honorable Court to continue the Status Conference scheduled for February 1, 2022 for two weeks to February 15, 2022. Undersigned counsel needs additional time to discuss the plea offer with Mr. Lazo and needs additional time to review the latest discovery production. The government does not oppose this motion.

                    Respectfully Submitted,

                    A.J. KRAMER
                    FEDERAL PUBLIC DEFENDER

                    _____/s/_____
                    Ubong E. Akpan
                    Assistant Federal Public Defender
                    625 Indiana Ave., N.W.
                    Washington, D.C. 20004
                    (202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 27th day of January 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender