**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | CR. NO. 21-CR-425 (CRC) |
| **KENE LAZO** ) | |
| ) | |

**UNOPPOSED MOTION TO CONTINUE**
**SENTENCING HEARING AND DEADLINES**

Kene Lazo, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing, scheduled for July 6, 2022 and the sentencing memoranda deadline. Defense counsel has been preparing for two jury trials and needs additional time to prepare for the sentencing and to file the sentencing memorandum and to provide responses to the Draft Presentence Report. The government does not oppose this motion. The parties are available on August 11th at 3:00 p.m. for the sentencing hearing. The parties agree that excluding time under the Speedy Trial Act is warranted because the ends of justice served by the continuance outweigh the public's interest and the Defendant's interests in a speedy trial.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 28th day of June 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
Ubong E. Akpan
Assistant Federal Public Defender