UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:21-cr-00425-CRC |
| : | |
| **KENE B. LAZO,** : | |
| : | |
| **Defendant.** : | |
| _____: | |

### GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States, through the undersigned, hereby gives notice pursuant to Local Criminal Rule 49, that the Government will make the following video evidence available to the Court electronically (via USAfx), in preparation for the sentencing of the defendant in the above referenced matter:

Exhibits A-D: four videos from "Fam Council" Facebook account, attributed to the defendant, and recovered pursuant to judicially authorized search warrant. The defendant can be heard in the videos intermittently chanting, "Four More Years", "Our House", and "U.S.A."

If the Court accepts this proposed video exhibits into evidence, the Government takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052

*/s/ Douglas Meisel*
DOUGLAS MEISEL
NY Bar No. 4581393
Trial Attorney (Detailee)
U.S. Attorney's Office
601 D Street, N.W.
Washington, D.C.  20530
Douglas.meisel@usdoj.gov
(202) 598-2281

2