# EXHIBITS A-D (Videos provided via USAfx)