UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Case No. 1:21-cr-00425-CRC |
| : | |
| KENE B. LAZO,   : | |
| : | |
| Defendant.   : | |
| _____ : | |

## GOVERNMENT'S NOTICE OF ERRATA

The United States of America, through the undersigned, states that the "Government's Sentencing Memorandum," filed in the above captioned case on August 10, 2022, ECF No. 36, was filed in error. The Government respectfully asks the Court to strike the current version from the public record. The Government will file an amended Sentencing Memorandum on August 11, 2022, to replace ECF No. 36.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052

 /s/ Douglas Meisel
DOUGLAS MEISEL
NY Bar No. 4581393
Trial Attorney (Detailee)
U.S. Attorney's Office
601 D Street, N.W.
Washington, D.C.  20530
Douglas.meisel@usdoj.gov
(202) 598-2281