# EXHIBIT 9

# *BON SECOURS MERCY FAMILY FOCUS*

## ACTIVE PARENTING OF TEENS

# BRIAN LAZO

This participant completed **12** out of a total of **12** hours of the class to my satisfaction.

_____  
**Ma.Luisa Castro, M.Ed., QMHP-A**  
**Manager, Community Education**  
**And Outreach/ Family Focus**

_____  
**Aditi Dutt, Parent Educator**

June 13, 2022



# *BON SECOURS MERCY FAMILY FOCUS*

## 1-2-3 MAGIC PARENTING CLASS

# BRIAN LAZO

This participant completed **12** out of a total of **12** hours of the class to my satisfaction.

_____
**Ma.Luisa Castro, M.Ed., QMHP-A**
**Manager, Community Education**
**And Outreach/ Family Focus**

_____
**Aditi Dutt, Parent Educator**

April 19, 2022



