# EXHIBIT 10



# THE CITY OF NORFOLK
COMMUNITY SERVICES BOARD

Norfolk Community Services Board
Adult Intake Department
7447 Central Business Park Dr
Norfolk, VA 23513

Norfolk Juvenile and Domestic Relations
District Court
150 St Pauls Boulevard
Norfolk, VA 23510
11/24/2021

To Whom It May Concern:

This letter is to certify that Kene Lazo presented today at the Norfolk Community Services Board (NCSB) and received a Mental Health and Substance Abuse Assessment. Based on the information provided during this assessment he does not meet diagnostic criteria for NCSB services.

If you have any questions or concerns, you may contact me at 757-756-5616.

Sincerely,

Annabella Miano, MSEd
Resident in Counseling

*Annabell Miano, MSEd.*
*Resident in Counseling*

start date: Tuesday 11/23/2021 @ 6pm

$55.00

# REAL SOLUTIONS OF VIRGINIA PROGRAM FEES/CLIENT AGREEMENT:   10 Weeks ✓   14 Weeks ___

Client Name __Lazo_____ __Kene_____
                Last                                              First

Initial _KBL_ 1. I agree to pay $25.00 before each session.
Initial _KBL_ 2. I agree to pay $15.00 for each urine screen. I agree to pay $40.00 for each laboratory urine drug screens for confirmation.
Initial _KBL_ 3. I agree to pay $15.00 (total) for Breathalyzers. **FIRST GROUP PAYMENT IS $55 WHICH INCLUDES 1ST GROUP, 1ST URINE SCREEN AND ALL BREATHALYZERS**
Initial _KBL_ 4. I understand that all payments must be made in the form of cash or money order and paid prior to the start of every group session. I understand that I will be denied entry to a group session if I do not have my group fee.
Initial _KBL_ 5. I understand I must be 60 days clean of drugs **(to include THC)** and alcohol to successfully complete substance abuse treatment.
Initial _KBL_ 6. I agree to participate in random Breathalyzer and Urine Drug Screens, (at least 3 for 10-week and 4 for 14-week) and that I will be tested for any reasonable suspicion, at the discretion of the group counselor. Failure to provide a urine sample will count as a positive urine screen.

## Discharge Criteria

Initial _KBL_ 1. Failure to Maintain Sobriety: Continued use of drugs (to include THC) or alcohol, 2 positive urine screens or breathalyzers tests.
Initial _KBL_ 2. Uncooperative or Disrespectful Behavior toward Staff or Clients.
Initial _KBL_ 3. Tardiness for Group or Individual Session: Clients who arrive after 6 pm will be considered late and entry to group can be denied. Check in is 5:30pm to 6pm. Clients will not be admitted to class after 6:05 p.m.
Initial _KBL_ 4. **Client's will be discharged or have to restart the program after 2 Absences.**
Initial _KBL_ 5. **ADULTERATING A URINE SAMPLE WILL RESULT IN IMMEDIATE DISCHARGE**

## Clinical Responses

Initial _KBL_ 1. Extension of 4 groups for positive urine screen or breathalyzers
Initial _KBL_ 2. Extension of 1 group for each unexcused absence.
Initial _KBL_ 4. Last chance status. Discharge for any future non-compliance.

_____ 11.20.21.SAT    _____ 11/20/2021
Client Signature         Date              Witness              Date