# EXHIBIT 11

# Doulos For Christ Assemblies Of God

5252 Elmhurst Ave.
Norfolk, VA 23513
(757) 857-5358

February 13, 2022

Judge Christopher R. Cooper
U.S. District Court for the District of Columbia

To Judge Christopher R. Cooper,

    This is to inform you that Brian Lazo has been doing community service works since November 7, 2021 up to the present here in the above mentioned church that includes Discipleship classes to help him gain proper attitudes and behaviors that will further equip him in becoming productive and wholesome citizen of this great country. He is also being mentored for effective ministry for the youth and dysfunctional families. He also volunteers to help in our FoodBank and other ministries to help our community. He has been spending most of his time here at the church and finding things and chores to do.

    We have seen the transformation in his life and continues to show his willingness to be a better person.

    Thank you for your kind consideration, and may this letter arrive with the best things happening in your life!

Sincerely yours for a better world,

Rev. Abraham Biangco
Senior Pastor



# CERTIFICATE

## OF COMPLETION OF Starting Up Your New Life in Christ

### January 9, 2022

We present this certificate to

## *Brian Lazo*

Doulos For Christ recognizes and celebrates the life-changing Consolidation Class the above participant has successfully completed. Doulos For Christ is proud to present the participant to the world as a child of God and commissions the said participant as an ambassador of Christ in order to fulfill the Great Commission of the Lord Jesus Christ.

*Abraham Biangco*

**Pastor Abraham Biangco**
Senior Pastor

Doulos For Christ - AG