**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **CR. NO. 21-425 (CRC)** |
| **KENE BRIAN LAZO** | ) | |

_____ )

**NOTICE OF FILING OF VIDEO EXHIBITS**
**PURSUANT TO LOCAL CRIMINAL RULE 49**

Kene Brian Lazo, by and through counsel, respectfully provides notice, pursuant to Local Criminal Rule 49, that the defense will make video evidence (Exhibits 1 through 8) available to the Court electronically via USAfx, in preparation for the sentencing hearing.  These videos were provided to the defense in discovery and show Mr. Lazo inside of the Capitol building.  Similar videos and screenshots have been provided to the Court in other cases.

If the Court accepts this proposed video exhibits into evidence, the defense does not oppose the entered exhibits being released to the public.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

## <u>CERTIFICATE OF SERVICE</u>

I, Ubong E. Akpan, certify that on this 13th day of August 2022, I caused a copy of the

foregoing Notice to be filed through the Electronic Case Filing ("ECF") system and served a

copy on counsel for the government through the ECF.


_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender